ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Sam Zubrin, Respondent, v. Samuel A. Potter, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Application of Dana Wallace for a Writ of Mandamus Requiring the Board of County Canvassers of the County of Queens to Compare the Statement of Canvass, etc., with the Original Tally Sheets, etc.— Order affirmed on argument, without prejudice and without costs. Jenks, Gaynor, Rich and Miller, JJ., concurred.

Daniel V. Barnes, Respondent, v. Nathan Tolkan, Appellant.— Motion denied. with ten dollars costs. Present—Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Gussie Golden and Another, Respondents, v. Louis Goldman, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfect his appeal within ten days, place the cause on the calendar in time for the next term of this court and be ready for argument when reached, in which case the motion is denied, Present—Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Bernard Graef, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Motion denied, without costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Louis Hoffman, Respondent, v. William R. Jenkins Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Accounting of Albert Bodine, Administrator of the Estate of Mary A. Bodine, Deceased.— Motion denied, without costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of the Board of Education, etc., Relative to Acquiring Title to Land Situate on Prospect Place and Park Place, West of Nostrand Avenue, Twenty-fourth Ward, Borough of Brooklyn, City of New York.— Report of referee confirmed, without costs. Present—Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railway or Railways for the Conveyance and Transportation of Persons and Property, as Determined by the Board, Ought to Be Constructed and Operated. Brooklyn, Manhattan and Long Island City Route.— Motion to abrogate granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Petition of Thomas F. Gilroy, Commissioner of Public Works of the City of New York, under and in Pursuance of Chapter 490 of the Laws of 1883, etc.— Motion denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of William H. Preston for Admission to the Bar.— Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Emil Lindemann, Respondent, v. The Nassau Electric Railroad Company,

Appellant.— Motion granted, with ten dollars costs, unless the appellant perfect its appeal within ten days, place the cause on the calendar in time for the next term of this court and be ready for argument when reached, in which case the motion is denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.